Shapiro Arato LLP

500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

December 21, 2018

VIA ECF

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      RE:    *Ebony Media Operations, LLC v. Univision Communications Inc., et al.*,
               No. 18-CV-11434

Dear Judge Hellerstein:

      We represent Defendants in the above-referenced matter. We write to respectfully request that the time for Defendants to respond to Plaintiff's Complaint be extended until February 7, 2019. Certain of the Defendants currently have until January 11, 2019 to respond to the Complaint (it is our understanding from Plaintiff's counsel that a third Defendant was served via the Secretary of State), and their time would be extended by 28 days. This is Defendants' first request to extend their time to respond to the Complaint, and Plaintiff consents to the extension. The parties are not yet scheduled to appear before the Court.

      Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      /s/ Cynthia S. Arato

                                      Cynthia S. Arato